1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

FILED
NOV 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-00690 MAG |
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 1028(a)(4) – Possession of Identification Documents with Intent to Defraud; 18 U.S.C. §§ 982(a)(6) and 1028(b)(5) – Criminal Forfeiture |
| ALMA TORIBIO-AVINA, | ) |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:    (18 U.S.C. § 1028(a)(4) – Possession of Identification Documents with Intent to Defraud)

On or about February 21, 2019, in the Northern District of California, the defendant,

ALMA TORIBIO-AVINA,

did knowingly possess an identification document not issued lawfully for the use of the defendant, with the intent such document be used to defraud the United States, in violation of Title 18, United States Code, Sections 1028(a)(4) and (b)(6).

///

///

///

INFORMATION                                1

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. §§ 982(a)(6) and 1028(b)(5))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(6) and 1028(b)(5).

Upon conviction of any of the offenses set forth in this Information, the defendant,

ALMA TORIBIO-AVINA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(6) and 1028(b)(5):

    a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; and

    b. any property, real or personal—

        i. that constitutes or is derived from or is traceable to the proceeds the defendant obtained directly or indirectly from the commission of the offense; or

        ii. that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Sections 982(a)(6) and 1028(b)(5) and Federal Rule of Criminal Procedure 32.2.

///

///

INFORMATION                                                    2

| | | |
|---|---|---|
| 1 | DATED: 11/26/19 | DAVID L. ANDERSON<br>United States Attorney |
| 2 | | |
| 3 | | _____<br>MARISSA HARRIS |
| 4 | | Assistant United States Attorney |

INFORMATION              3

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

FILED
NOV 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## OFFENSE CHARGED

18 USC § 1028(a)(4) – Possession of Identification Documents with Intent to Defraud

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**SEALED BY ORDER OF THE COURT**

PENALTY:  see attachment

## DEFENDANT - U.S
▶ ALMA TORIBIO-AVINA

DISTRICT COURT NUMBER
**CR 19 00640 MAG**

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Lauren Nell of U.S. Dep. Of State, DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form ____DAVID L. ANDERSON____
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) ____Marissa Harris____

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed? ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# U.S. v. ALMA TORIBIO-AVINA

## PENALTY SHEET

<u>COUNT ONE</u>: 18 U.S.C. § 1028(a)(4) –Possession of Identification Documents with intent to Defraud the United States

Penalties:

- Maximum Prison: 1 year
- Maximum Fine: $100,000
- Maximum Supervised Release: 1 year
- Forfeiture
- Restitution
- Potential Deportation

**SEALED BY ORDER OF THE COURT**

**FILED**

NOV 27 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CR 19 00640 MAG**

| | | |
|---|---|---|
| **CASE NAME:** USA v. ALMA TORIBIO-AVINA | **CASE NUMBER:** CR | |
| Is This Case Under Seal? | Yes    No ✓ | |
| Total Number of Defendants: | 1 ✓    2-7    8 or more | |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes    No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF    OAK    SJ ✓ | |
| Is this a potential high-cost case? | Yes    No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes    No ✓ | |
| Is this a RICO Act gang case? | Yes    No ✓ | |
| **Assigned AUSA (Lead Attorney):** Marissa Harris | **Date Submitted:** 11/26/2019 | |

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF